UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DANNY OSBORN** ) | |
| ) | |
| **v.** ) | Civil Action No. 3:11-0240 |
| ) | Judge Campbell/Knowles |
| **UNITED STATES OF AMERICA** ) | |

**O R D E R**

The Initial Case Management Conference previously scheduled for April 25, 2011, is hereby continued to **May 25, 2011, at 10:00 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order, which shall be submitted three (3) days prior to the Case Management Conference.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge