IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANNY OSBORN | ) |
| | ) |
| v. | ) NO. 3-11-0240 |
| | ) JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) |

ORDER

Pending before the Court is Defendant's Motion for Leave to File Brief in Excess of Page Limitation (Docket No. 12). The Motion is GRANTED, and the Clerk is directed to file the Memorandum which is attached thereto.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE